In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00392-CV**
_____

**TRACEY LEWISGRANT, Appellant**

**V.**

**STEPHEN ST. ARTHUR GRANT, Appellee**

_____

**On Appeal from the 410th District Court**
**Montgomery County, Texas**
**Trial Cause No. 22-06-06964-CV**
_____

**MEMORANDUM OPINION**

On November 8, 2023, Tracey Lewisgrant filed a notice of appeal pertaining to a final decree of divorce in Trial Cause Number 22-06-06964-CV. But after perfecting her appeal and obtaining several extensions of time to file a brief, Lewisgrant failed to file a brief.

On May 22, 2024, the Clerk of the Ninth Court of Appeals notified the parties that Lewisgrant had not filed a brief and advised the parties that her appeal would be submitted without briefs unless by June 3, 2024, Lewisgrant had submitted a brief

1

and a motion to extend the deadline in which she had to file her brief. We warned Lewisgrant that if the Court submitted her appeal without briefs that the Court could dismiss her appeal for want of prosecution.

On July 2, 2024, the Clerk notified the parties that on July 23, 2024, the appeal would be submitted to the Court without briefs and without oral argument. *See* Tex. R. App. P. 39.8. Because Lewisgrant has not filed a brief in her appeal assigning any error to any of the trial court's rulings, we dismiss Lewisgrant's appeal for want of prosecution. *See id*. 38.8(a)(1); *id*. 42.3(b), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on July 23, 2024
Opinion Delivered August 1, 2024

Before Johnson, Wright and Chambers, JJ.